No. 8,221.   STATE ex Rel. LOUISE A. HAMEL, Relatrix,
v. DISTRICT COURT et al., Respondents.

Decided May 29, 1941.

PER CURIAM.—The verified petition of Relatrix for a writ of supervisory control or other appropriate writ directed to the above named respondents, seeking revocation of an order made on May 17, 1941, in the Matter of the Estate of Edward Grenier, deceased, denying the petition of relatrix for appointment as administratrix of said estate, having been duly considered, it is ordered that it be, and it is hereby, denied.

*Mr. Lowell Sparling,* for Relatrix.